### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:06CR00265 JLH | |
| DOSEY NEWTON | | DEFENDANT |

### ORDER

The Court conducted a hearing on September 25, 2007, to address the pending motions to revoke supervised release filed by the government. Assistant United States Attorneys Jana Harris and Mike Gordon were present for the government. Chris Tarver was present with defendant. U.S. Probation Officer Kenny Davis was also present. Following defendant's testimony and argument by counsel, the Court denied the motions to revoke, but modified the conditions of release. Docket #14 and #19.

IT IS THEREFORE ORDERED that defendant Dosey Newton's conditions of supervised release are hereby modified to include the following:

• placement in the City of Faith Residential Reentry facility in Little Rock, Arkansas, for a <u>term of six (6) months</u>. While at the City of Faith, defendant must seek and obtain full time employment with a third party.

• defendant is directed to self-report to the City of Faith on Monday, October 29, 2007, unless otherwise directed by the U.S. Probation Office.

• restitution in the amount of $29,725 is reimposed and is payable during community confinement and thereafter. Payments will be 10 percent of defendant's gross monthly income. The interest requirement is waived.

• defendant must pay one-third of any amount that is collected in current civil litigation by his attorney, Willie E. Perkins, Jr., of Malvern, Arkansas, towards the outstanding restitution balance.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 26th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE