## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       NO. 4:06CR00265 JLH

DOSEY NEWTON                                                                            DEFENDANT

### ORDER

On May 21, 2008, the United States filed a motion to amend restitution. The motion notes that during the supervised release revocation hearing on April 29, 2008, the Court reinstated the defendant's restitution in the amount of $26,725.00, whereas the clerk's records show that the actual balance is $27,225.00. No objection to the motion has been filed. Therefore, the motion to amend restitution is GRANTED. Document #36. The judgment entered on April 29, 2008, is amended to show that the defendant, Dosey Newton, must pay restitution in the amount of $27,225.00.

IT IS SO ORDERED this 4th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE